IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CRAIG A. WEBLEY, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 07-211-KI |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Richard A. Sly
1001 SW 5th Avenue, Suite 310
Portland, Oregon  97204

Linda Ziskin
3 Monroe Parkway, Suite P, PMB #323
Lake Oswego, Oregon  97035

    Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon

Page 1 - JUDGMENT

Britannia I. Hobbs
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902

Nancy A. Mishalanie
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington 98104-7075

      Attorneys for Defendant

KING, Judge:

      Based on the record,

      IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is hereby AFFIRMED.

      Dated this   4th   day of September, 2008.

                        /s/ Garr M. King
                        Garr M. King
                        United States District Judge